# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN THOMAS, | ) Case No.: 1:16-cv-01337-JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 18) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties filed a stipulation for a six-day extension of time for Defendant to prepare and file a response to Plaintiff's opening brief. (Doc. 18) Notably, the Scheduling Order permits a single thirty-day extension by stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **June 5, 2017**.

IT IS SO ORDERED.

Dated: **May 24, 2017**           **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.